IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRADLEY GLENN, # 201056034**                                                          **PETITIONER**

**v.**                                                          **CIVIL ACTION NO. 1:25-cv-102-TBM-RPM**

**STATE OF ALABAMA**                                                          **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 24th day of October, 2025.

_____
**TAYLOR B. MCNEEL**
**UNITED STATES DISTRICT JUDGE**